Commonwealth of Pennsylvania and Department of Labor and Industry, Petitioners *v.* Commonwealth of Pennsylvania, Workmen's Compensation Appeal Board, Francis B. Campbell and Cambria Mills Coal Co., Inc., Respondents.

Argued September 28, 1978, before Judges MENCER, BLATT and CRAIG, sitting as a panel of three.